IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| REGENIA BLACKWELL, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-159 |
| MORGAN STANLEY & CO., LLC, and THE MORGAN STANLEY DISABILITY PLAN, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 10.) Plaintiff and all Defendants consent to dismissal; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case.

**ORDER ENTERED** at Augusta, Georgia this 19th day of November, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA